UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL R. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>NURSE CRISS,<br>B. OHAM, and<br>KNOX COUNTY,<br><br>    Defendants. | No.: 3:23-CV-160-TAV-JEM |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** that any appeal from this Order would not be taken in good faith, Plaintiff is **DENIED** leave to appeal *in forma pauperis* should he seek to appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    LeAnna R. Wilson
   CLERK OF COURT